1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  STARLETT A. OLIVAS,              Case No. CV 12-10320 SS

12              Plaintiff,

13       v.                          **JUDGMENT**

14  CAROLYN W. COLVIN Commissioner
    of the Social Security
15  Administration,

16              Defendant.

17

18

19       IT IS ADJUDGED that the decision of the Commissioner is

20  AFFIRMED and that the above-captioned action is dismissed with

21  prejudice.

22

23  DATED:  October 22, 2013

24                                        _____/S/_____

25                                        SUZANNE H. SEGAL
                                          UNITED STATES MAGISTRATE JUDGE
26

27

28